UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERRY JONES, on behalf of himself and All others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> MEMC ELECTRONIC MATERIALS, INC., THE PLAN INVESTMENT COMMITTEE, PETER BLACKMORE, NABEEL GAREEB, MARSHALL TURNER, ROBERT J. BOEHLE, JOHN MARREN, C. DOUGLAS MARSH, WILLIAM E. STEVENS, JAMES B. WILLIAMS, and JOHN DOES 1-20, <br><br> Defendants. | Civil Action No. 4:08-cv-01991 - AGF <br><br> Honorable Henry Edward Autrey |

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED** the Joint Motion to Set Initial Schedule for Amendment of the Complaint and Defendants' Motion to Dismiss is granted and the initial schedule for this cause is set forth as follows:

A. Plaintiff will file his amended complaint on or before May, 22, 2009;

B. Defendants will file their motion to dismiss on or before July 17, 2009;

C. Plaintiff will file his opposition thereto on or before August 31, 2009;

D. Defendants will file their reply in support of their motion to dismiss on or before September, 30, 2009.

Dated this ___ day of April, 2009.

_____
The Honorable Henry E. Autrey
United States District Court Judge